IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03306-PAB-KLM

AEGIS MOBILITY, INC.,

    Plaintiff,

v.

KATASI, LLC, and
OBDEDGE, LLC, doing business as Cellcontrol,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant obdEdge, LLC's **Unopposed Motion for Extension of Time to Respond to Complaint** [Docket No. 23; Filed May 23, 2013] and on the parties' **Joint Motion to Vacate and Re-set Date for Scheduling Conference and Date for Filing of Proposed Scheduling Order** [Docket No. 25; Filed May 24, 2013] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions [#23, #25] are **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendant obdEdge, LLC shall file an answer or other response **on or before May 30, 2013**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for May 30, 2013 at 10:00 a.m. is **VACATED** and **RESET** to **July 2, 2013 at 9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **June 27, 2013**.

    Dated:  May 28, 2013